United States Court of Appeals
Fifth Circuit

**F I L E D**

**January 5, 2007**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 06-60161
Summary Calendar

_____

WILLIE NORRIS BARKER,

                                        Plaintiff-Appellant,

versus

STATE OF MISSISSIPPI,

                                        Defendant-Appellee.

--------------------
Appeal from the United States District Court
for the Northern District of Mississippi
USDC No. 1:06-CV-9
--------------------

Before DeMOSS, STEWART, and PRADO, Circuit Judges.

PER CURIAM:[*]

     Former state prisoner Willie Norris Barker appeals the

dismissal with prejudice of his pro se, in forma pauperis,

42 U.S.C. § 1983 civil rights complaint as frivolous under

28 U.S.C. § 1915(e)(2)(B)(i).  Barker has abandoned his district

court claim that the defendants made him mentally ill.  See Yohey

v. Collins, 985 F.2d 222, 224-25 (5th Cir. 1993).  Barker's

argument that the district court erred when it dismissed his

complaint with prejudice is unavailing because he has not shown

that his 1979 rape conviction has been invalidated or called into

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

question.  See Heck v. Humphrey, 512 U.S. 477 (1994); Boyd v. Biggers, 31 F.3d 279, 283 (5th Cir. 1994); Stephenson v. Reno, 28 F.3d 26, 27 (5th Cir. 1994).  Barker's appeal is frivolous. See 5TH CIR. R. 42.2.

APPEAL DISMISSED.